# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142964(20)(23)(24)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 142964
                                       COA: 302803
                                       Oakland CC: 2009-229563-FC

JOSEPH MELVIN ANDERSON,
      Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's June 28, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motions to remand are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

                            Clerk

d1017